IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Jason M. Torf | ) | Case No.: 23-30407 C-11 |
| Liquidating Trustee for Tantum Companies, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| -V- | ) | |
| | ) | |
| Tantum Holdings, LLC | ) | Adversary No.: 25-03123 |
| | ) | |
| Defendant. | ) | |
| | ) | |

SECOND INTERIM MEDIATION REPORT

Now Comes Charles M. Ivey III, mediator in the above-referenced matter and does file this Interim Mediation Report and states as follows:

1. The continued mediation in the above-captioned matter was held on June 2, 2026. The parties attending the mediation were the same individuals as listed on the previous Interim Mediation Report.

2. It was determined and agreed that certain additional information should be exchanged by the parties to assist in facilitating the mediation.  As a result, the parties have agreed to exchange such and to continue the mediation.  No date has been agreed to pending party review of additional information.

Wherefore the mediator does submit this as the Second Interim Mediation Report with the final report to be filed at the conclusion of the continued mediation.

/s/ Charles M. Ivey, III
Charles M. Ivey, III
Mediator
NC State Bar #8333
Ivey, McClellan, Siegmund, Brumbaugh &
McDonough, LLP
305 Blandwood Avenue (27401)
PO Box 3324
Greensboro, NC 27402
Telephone: 336-274-4658
Fax:  (336) 274-4540
Email: cmi@iveymcclellan.com

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has served a copy of the SECOND INTERIM MEDIATION REPORT on June 9, 2026 as applicable or by depositing the same, enclosed in a postage paid wrapper, properly addressed to the following parties in interest, at their last known address as shown below, in a post office or official depository under the exclusive care and custody of the FedEx, by overnight mail, in the manner preserved by law.

<u>VIA CM/ECF:</u>

U.S. Trustee
U.S. Bankruptcy Administrator Office
401 W. Trade Street, Suite 2400
Charlotte, NC 28202

<u>On Behalf of Defendants:</u>
Muhsin Muhammad, II and
Denis Ackah-Yensu

Jason M. Torf
Moon Wright & Houston, PLLC
212 N. McDowell Street, Suite 3100
Jacksonville, FL 32202

Jonathon D. Pressley
Akerman, LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202

Andrew T. Houston
Moon Wright & Houston, PLLC
212 N. McDowell Street, Suite 3100
Charlotte, NC 28204

David M. Schilli
Robinson, Bradshaw and Hinson
600 S. Tryon Street, Suite 1900
Charlotte, NC 28202

Under penalty of perjury, I declare that the foregoing is true and correct.

THIS the 9th day of June, 2026.

/s/ Charles M. Ivey, III
Charles M. Ivey, III
Mediator
NCSB #8333
Ivey, McClellan, Siegmund,
Brumbaugh & McDonough, L.L.P.
Post Office Box 3324
Greensboro, North Carolina 27402
(336) 274-4658
Fax: (336) 274-4540
cmi@iveymcclellan.com